IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:05-00038-1 |
| | ) | Judge Trauger |
| MICHAEL YOUNGBLOOD | ) | |
| | ) | |

## O R D E R

It is hereby **ORDERED** that the Judgment entered on November 14, 2005 (Docket No. 60) i**s AMENDED** by adding that payment of restitution of $28,543.79 is joint and several with co-defendant, Teresa Youngblood.

It is so **ORDERED**.

ENTER this 17th day of April 2013

_____
ALETA A. TRAUGER
U.S. District Judge